IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.: 3:14-cv-02409 |
| ) | Judge Campbell |
| NAVIENT and SLM CORP., ) | Magistrate Judge Griffin |
| ) | |
| Defendants. ) | |

## JOINT NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that Plaintiff Craig Cunningham and Defendants Navient Solutions, Inc. and SLM Corporation (hereinafter "Parties") have reached a settlement. The Parties hereby respectfully request that this Court allow thirty (30) days within which to complete the settlement and to file a Stipulation of Dismissal with Prejudice in this matter. This court shall retain jurisdiction over this matter until fully resolved.

/s/ Craig Cunningham
Craig Cunningham – Pro Se
5543 Edmondson Pike, Suite #248
Nashville, TN 37211
Telephone: (828) 291-7465
Plaintiff – Pro Se

/s/ Claire V. Thomas
Claire V. Thomas, Esq.
Lewis Thomason King Krieg & Waldrop, P.C.
424 Church Street, Suite 2500
Nashville, TN 37219
Telephone: (615) 259-1366
Facsimile: (615) 259-1389
Email: CThomas@LewisThomason.com

Brian D. Roth, Esq. – Pro Hac Vice
Sessions Fishman Nathan & Israel LLC
3850 N. Causeway Blvd., Suite 200
Metairie, Louisiana 70002
Telephone No.: (504) 828-3700
Facsimile No.: (504) 828-3737
Email: broth@sessions.legal
*Attorneys for Defendants,
Navient Solutions, Inc. and SLM Corporation*

## CERTIFICATE OF SERVICE

  I certify that on this 1st day of December, 2015, a copy of the foregoing was filed via the Court's Electronic Filing system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's system.

 Craig Cunningham
 5543 Edmondson Pike, Ste. 248
 Nashville, TN  37211

              */s/ Claire V. Thomas*
               Claire V. Thomas