# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No.: 3:14-cv-02409 ) Judge Campbell |
| NAVIENT and SLM CORP., | ) Magistrate Judge Griffin ) |
| Defendants. | ) ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Pro Se, Craig Cunningham, and Defendants Navient Solutions, Inc. ("NSI") and SLM Corporation ("SLM") hereby jointly stipulate to the dismissal with prejudice of this matter and Plaintiff's claims against Defendants, with each side to bear its own fees and costs.

/*s/ Craig Cunningham*
Craig Cunningham – Pro Se
5543 Edmondson Pike, Suite #248
Nashville, TN 37211
Telephone: (828) 291-7465
Plaintiff – Pro Se

/s/ Claire V. Thomas
Claire V. Thomas, Esq.
Lewis Thomason King Krieg & Waldrop, P.C.
424 Church Street, Suite 2500
Nashville, TN 37219
Telephone: (615) 259-1366
Facsimile: (615) 259-1389
Email: CThomas@LewisThomason.com

Brian D. Roth, Esq. – Pro Hac Vice
Sessions Fishman Nathan & Israel LLC
3850 N. Causeway Blvd., Suite 200
Metairie, Louisiana 70002
Telephone No.: (504) 828-3700
Facsimile No.: (504) 828-3737
Email: broth@sessions.legal
*Attorneys for Defendants,*
*Navient Solutions, Inc. and SLM Corporation*

## CERTIFICATE OF SERVICE

  I certify that on this 21st day of December, 2015, a copy of the foregoing was filed via the Court's Electronic Filing system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's system.

 Craig Cunningham
 5543 Edmondson Pike, Ste. 248
 Nashville, TN 37211

             */s/ Claire V. Thomas*
              Claire V. Thomas