UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| CRAIG CUNNINGHAM ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | NO. 3:14-2409 |
| ) | |
| ) | JUDGE CAMPBELL |
| ) | |
| NAVIENT AND SLM CORP. ) | |
| ) | |
| Defendant ) | |

ENTRY OF JUDGMENT

Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on December 21, 2015, as to the order entered 12/21/15 at DE [28].

KEITH THROCKMORTON, CLERK
s/Althea F. Straughter, Deputy Clerk